**Kilpatrick Townsend & Stockton LLP**
ktslaw.com

3 Times Square
New York, NY 10036

November 24, 2026

Joseph Peteresn
direct dial 212 775 8715
direct fax 212 775 8815
JPetersen@ktslaw.com

**VIA ECF**

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 444
New York, NY 10007

**Re:** ***Mapes v. Meta Platforms, Inc., Case No. 1:26-cv-9559-ALC***

Dear Judge Carter,

We represent Defendant Meta Platforms, Inc. ("Defendant") in the above referenced action.

Defendant hereby respectfully requests a 60-day extension of the deadline to serve a responsive pleading, currently set for November 27, 2026, to January 26, 2027. No previous requests for adjournment or extensions of time have been made in this action. Plaintiff consents to the request, and there is no currently scheduled appearance by the parties or other scheduled date before the Court impacted by this request.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Joseph Petersen*

Joseph Petersen